UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

VON J. MILLER and SUSANNE B. MILLER,

Debtor(s).
_____

VON J. MILLER and SUSANNE B. MILLER,

Plaintiff(s),

v.

BANK OF AMERICA, N.A. successor by merger to Countrywide Bank, FSB; BAC HOME LOANS SERVICING, LP.,

Defendants.

Case No. 10-10076

Chapter 13

Adversary Case No. 10-01333

EX PARTE MOTION FOR DEFAULT AND DEFAULT JUDGMENT

COMES NOW Plaintiffs, Von J. Miller and Susanne B. Miller ("Debtors"), by and through their attorneys, Christina Latta Henry and Seattle Debt Law, LLC and moves for entry of a default judgment against the Defendant, Bank of America, N.A. ("BOA") and BAC Home Loans Servicing LP ("BAC") pursuant to F.R.B.P 7055.

1. The Defendant is a corporation that does business in the state of Washington.

2. This action was filed on June 23, 2010.

3. In accordance with F.R.B.P. 7004, the Plaintiffs had the Summons and Complaint served by Certified Mail for Defendant BOA - Chief Executive Officer, 100 North Tryon Street, Charlotte, NC 28255 and for Defendant BAC - Chief Executive Officer 7105 Corporate Drive, PTX-B-209, Plano, TX 75024. An Affidavit of Service was filed with the Court via ECF on June 25, 2010.

4. The Specified Defendants have not appeared in this action and have not filed or served an appearance on the Plaintiffs.

6. Defendant BOA has not filed an answer to Plaintiffs' Complaint.

7. Defendant BAC has not filed an answer to Plaintiffs' Complaint.

7. Neither Defendant is a minor, incompetent, nor in the military service.

DATED this 2nd day of August, 2010.

SEATTLE DEBT LAW, LLC

*/s/ Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorney for Plaintiffs