|   | The Honorable Marc Barreca |
|---|---:|
|   | Chapter 13 |
|   | Ex Parte |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

VON J. MILLER and SUSANNE B. MILLER,

                       Debtor(s).
_____

VON J. MILLER and SUSANNE B. MILLER,

                       Plaintiff(s),

v.

BANK OF AMERICA, N.A. successor by merger to Countrywide Bank, FSB; BAC HOME LOANS SERVICING, LP.,

                       Defendants.

Case No. 10-10076

Chapter 13

Adversary Case No. 10-01333

ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT AGAINST BANK OF AMERICA N.A. AND BAC HOME LOANS SERVICING, LP

THIS MATTER having come Ex Parte before the Judge of the above-entitled Court upon the Plaintiffs' Motion for Default and Default Judgment against Defendant Bank of America N.A ('BOA") and Defendant BAC Home Loan Servicing LP ("BAC"), and Plaintiffs being represented by their attorneys, Christina Latta Henry and Seattle Debt Law, LLC and Defendants BOA and BAC having failed to appear, answer or plead herein and the Court having considered

ORDER GRANTING PLAINTIFFS' MOTION FOR
DEFAULT AGAINST BANK OF AMERICA N.A. AND
BAC HOME LOANS SERVICING, LP
(☐) - 1

SEATTLE DEBT LAW, LLC
705 SECOND AVE., SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677

the Plaintiffs' Motion for Default, the Declaration of Christina Latta Henry in support of the same and being otherwise fully advised in the premises, NOW, THEREFORE, it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff's Order of Default against Defendant BOA and Defendant BAC is hereby granted.

DATED this ___ day of August, 2010.

_____
The Honorable Marc Barreca
United States Bankruptcy Judge

Presented by:

SEATTLE DEBT LAW, LLC

*/s/ Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorney for Plaintiffs

ORDER GRANTING PLAINTIFFS' MOTION FOR
DEFAULT AGAINST BANK OF AMERICA N.A. AND
BAC HOME LOANS SERVICING, LP
(0T ADVERSARY CASE NO. 0T) - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE., SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677